14 F.3d 47
 73 A.F.T.R.2d 94-585
 Konenkamp (Thomas C., Frances D.)
v.
Commissioner of Internal Revenue Service; Konenkamp (Thomas
C., Jr., Frances D.) v. Commissioner of Internal Revenue
Service; Doyle (Richard E., Nancy B.) v. Commissioner of
Internal Revenue Service; Doyle (S. Byrne, Barbara S.) v.
Commissioner of Internal Revenue Service
 NOS. 93-7170, 93-7174
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1993
 
 1
 Appeal From: U.S.T.C.
 
 
 2
 AFFIRMED.